IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:24-CR-50-CAR-CHW |
| ALTON WOOTEN, III, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S MOTION TO CONTINUE

Before the Court is Defendant Alton Wooten, III's Motion to Continue [Doc. 21] the pretrial conference scheduled for October 16, 2024, and the trial, which is set to begin November 11, 2024, in Macon, Georgia. On September 11, 2024, the Grand Jury returned an indictment charging Defendant with Escape from Federal Custody. On September 30, 2024, Defendant was arrested. On October 1, 2024, Defendant was appointed counsel, pled not guilty at his arraignment, and was detained pending trial.

In the Motion, Defendant requests a continuance to provide additional time to conduct an investigation and review discovery. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS**

1

Defendant's Motion to Continue [Doc. 21], and **HEREBY ORDERS** that this case be continued until the January 27, 2024, term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 15th day of October, 2024.

                                        s/ C. Ashley Royal
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT